Margaret A. Pye, Appellant, v. Frank Pye, Respondent.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

Henry L. Doherty and Others, Partners, Doing Business under the Name of Henry L. Dogherty & Company, Respondents, v. William E. Carroll, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Deo Woolever, an Infant, by Nancy Woolever, His Guardian ad Litem, Respondent, v. Erie Railroad Company, Appellant.—Judgment and order reversed and judgment directed for the defendant dismissing the complaint, with costs, including costs of this appeal. Held, that the plaintiff was guilty of contributory negligence as matter of law. All concurred, except Foote, J., who dissented.

Morgan B. More, Respondent, v. The Continental Insurance Company, Appellant.— Judgment and order affirmed, with costs. Held, that the question of waiver was properly submitted to the jury; and held, further, that the contention of the defendant that it conclusively appeared that there was no abandonment of the automobile to the defendant is not sustained by the evidence; that in the view most favorable to the defendant it was a question of fact which the defendant did not ask to have submitted to the jury. All concurred, except Foote, J., who dissented upon the ground that up to the time the stolen car was found and recovered, plaintiff had not abandoned the car to defendant, but was entitled to claim the car as his property had he deemed it for his interest so to do; if he had this right, then defendant had an equal right to restore the car to the plaintiff.

Irene McNamara, as Administratrix, etc., Plaintiff, v. Eastman Kodak Company and Others, Defendants.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon the nonsuit, with costs. All concurred, except Lambert, J., who dissented; Robson, J., not sitting.

Isaac Kaplan, Respondent, v. Sarah Jackson, Appellant.— Judgment affirmed, with costs. All concurred, except Foote, J., who dissented.

Milton J. Wilson and Others, Respondents, v. The Rushville Mining and Gas Company, Appellant.— Judgment and order affirmed, with costs. All concurred; Robson, J., not sitting.

William Schunk, Appellant, v. International Railway Company, Respondent.— Judgment affirmed, with costs. All concurred.

W. Harry Langdon, Respondent, v. Carrie E. Enright, Appellant.— Judgment and order affirmed, with costs. All concurred.

City of Olean, Respondent, v. John Barth, Appellant.— Judgment affirmed, with costs. All concurred; Kruse, P. J., not sitting.

Thomas Caufield, Plaintiff, v. William J. Pifer, Defendant.— Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concurred.

David C. Sumner, as Administrator, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judg-.